UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | |
|---|---|
| DOROTHY WADE, On Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>WELLPOINT, INC., et al.,<br><br>　　　　　　　　　　Defendants. | No. 1:08-cv-00357-SEB-DML<br><br><u>CLASS ACTION</u> |

NOTICE OF RECENT AUTHORITY IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on October 28, 2009, the Ninth Circuit Court of Appeals issued an order in *Siracusano v. Matrixx Initiatives, Inc.*, No. 06-15677, 2009 U.S. App. LEXIS 23716 (9th Cir. Oct. 28, 2009). The order is attached as Exhibit A. The order addresses issues that are relevant to Lead Plaintiff's Opposition to Defendants' Motion to Dismiss Amended Complaint which is currently pending before the Court. Specifically, the Ninth Circuit held:

> In *Berson v. Applied Signal Tech., Inc.*, 527 F.3d 982 (9th Cir. 2008), the defendants argued that a passage in the company's SEC filings regarding backlogged work alerted reasonable investors to the risk that the company might not get paid for work that had actually been stopped. We rejected the argument, stating that "[t]he passage . . . speaks entirely of as-yet-unrealized risks and contingencies. Nothing alerts the reader that some of these risks may already have come to fruition, and that what the company refers to as backlog includes work that is substantially delayed and at serious risk of being cancelled altogether." *Id.* at 986. . . .
>
> Similar to *Berson*, the passage in the Form 10-Q speaks about the risks of product liability claims in the abstract, ***with no indication that the risk "may already have come to fruition***."

*Id.* at *35-*36 (emphasis added). The court held further:

> The Supreme Court has stated, however, that, "[w]hile it is true that motive can be a relevant consideration, and personal financial gain may weigh heavily in favor of a scienter inference, ***we agree with the Seventh Circuit that the absence of a motive allegation is not fatal***." *Tellabs*, 551 U.S. at 324.

*Id.* at *39 (emphasis added).

DATED: November 6, 2009
                                            Respectfully submitted,

                                            COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
                                            LAURA M. ANDRACCHIO
                                            X. JAY ALVAREZ
                                            EX KANO S. SAMS II
                                            SARAH R. HOLLOWAY

                                                     s/ EX KANO S. SAMS II
                                                     EX KANO S. SAMS II

- 2 -

      9601 Wilshire Blvd., Suite 510
      Los Angeles, CA  90210
      Telephone:  310/859-3100
      310/278-2148 (fax)

      LAW OFFICES OF BERNARD M.
        GROSS, P.C.
      ROBERT P. FRUTKIN
      DEBORAH R. GROSS
      Wanamaker Bldg., Suite 450
      100 Penn Square East
      Philadelphia, PA  19107
      Telephone:  215/561-3600
      215/561-3000 (fax)

      Co-Lead Counsel for Plaintiffs

      COHEN & MALAD, LLP
      IRWIN B. LEVIN
      RICHARD E. SHEVITZ
      SCOTT G. GILCHRIST
      One Indiana Square, Suite 1400
      Indianapolis, IN  46204
      Telephone:  317/636-6481
      317/636-2593 (fax)
      ilevin@cohenandmalad.com
      rshevitz@cohenandmalad.com
      sgilchrist@cohenandmalad.com

      Liaison Counsel

CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 6, 2009.

                                            s/ EX KANO S. SAMS II
                                            EX KANO S. SAMS II

                                            COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
                                            9601 Wilshire Blvd., Suite 510
                                            Los Angeles, CA  90210
                                            Telephone:  310/859-3100
                                            310/278-2148 (fax)

                                            E-mail:exkanos@csgrr.com

# Mailing Information for a Case 1:08-cv-00357-SEB-DML

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Thomas Albaugh**
  BAKER & DANIELS - Indianapolis
  matthew.albaugh@bakerd.com,cheryl.lewallen@bakerd.com

- **X. Jay Alvarez**
  COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
  jaya@csgrr.com,nhorstman@csgrr.com

- **Laura M. Andracchio**
  COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
  lauraA@csgrr.com,e_file_sd@csgrr.com

- **Seth Aronson**
  O'MELVENY & MYERS LLP
  saronson@omm.com

- **J. Jorge DeNeve**
  O"MELVENY & MYERS LLP
  jdeneve@omm.com

- **Robert Paul Frutkin**
  LAW OFFICES OF BERNARD M. GROSS
  rpf@bernardmgross.com,debbie@bernardmgross.com

- **Lindsay L. Geida**
  O'MELVENY & MYERS LLP
  lgeida@omm.com,hbattistoni@omm.com

- **Scott D. Gilchrist**
  COHEN & MALAD LLP
  sgilchrist@cohenandmalad.com,jsmock@cohenandmalad.com

- **Deborah Ruth Gross**
  LAW OFFICE OF BERNARD M. GROSS PC
  debbie@bernardmgross.com

- **James H. Ham , III**
  BAKER & DANIELS - Indianapolis
  jhham@bakerd.com,brsmith@bakerd.com

- **Sarah Renee Holloway**
  COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
  sholloway@csgrr.com,e_file_sd@csgrr.com

- **Irwin B. Levin**
  COHEN & MALAD LLP
  ilevin@cohenandmalad.com,jsmock@cohenandmalad.com

- **Michael M. Maddigan**
  O'MELVENY & MYERS LLP
  mmaddigan@omm.com

- **David A. Rosenfeld**
  COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
  drosenfeld@csgrr.com,e_file_ny@csgrr.com

- **Ex Kano S. Sams , II**
  COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
  exkanos@csgrr.com,keagen@csgrr.com

- **Christopher G. Scanlon**
  BAKER & DANIELS - Indianapolis
  chris.scanlon@bakerd.com

- **Richard E. Shevitz**
  COHEN & MALAD LLP
  rshevitz@cohenandmalad.com,cmeadows@cohenandmalad.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mario Alba, Jr.
COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
58 South Service Road
Suite 200
Melville, NY 11747
```