UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DOROTHY WADE, on behalf of herself and all others similarly situated, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>WELLPOINT, INC., et. al, )<br><br>Defendants. ) | 1:08-cv-357- SEB-DKL |

## JUDGMENT

The Court, having granted Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint for its failure to satisfy the heightened pleading standard of the Private Securities Litigation Reform Act (Docket No. 99) and having denied Plaintiffs' Motion for Leave to File a Second Amended Complaint without leave to amend the pleading a third time as futile (Docket No. 105), now, and in accordance with Fed. R. Civ. P. 58, enters judgment in favor of Defendants and against Plaintiffs.

IT IS SO ORDERED.

Date: 09/05/2012

*[signature: Sarah Evans Barker]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Electronically registered counsel of record