Withdrawal of counsel approved.
Date: 09/10/2012



SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | |
|---|---|
| DOROTHY WADE, On Behalf of Herself and All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>WELLPOINT, INC., et al.,<br><br>     Defendants. | No. 1:08-cv-00357-SEB-DKL<br><br>CLASS ACTION |

NOTICE OF WITHDRAWAL OF ANNE L. BOX AND SARAH HOLLOWAY AS
ATTORNEYS OF RECORD FOR PLAINTIFF

759062_1

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Anne L. Box and Sarah Holloway with the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), Lead Counsel for Lead Plaintiff Dorothy Wade ("Lead Plaintiff") are no longer counsel of record for Lead Plaintiff in the instant action. Robbins Geller and its attorney X. Jay Alvarez will continue to represent Lead Plaintiff and the class in this action.

Accordingly, the undersigned respectfully request that Ms. Box and Ms. Holloway be withdrawn as counsel for Lead Plaintiff and from the Court's electronic notification system.

DATED: September 7, 2012    ROBBINS GELLER RUDMAN
                            & DOWD LLP


                            s/ X JAY ALVAREZ
                            X. JAY ALVAREZ

                            X. JAY ALVAREZ
                            655 West Broadway, Suite 1900
                            San Diego, CA  92101
                            Telephone: 619/231-1058
                            619/231-7423 (fax)

                            LAW OFFICES OF BERNARD M.
                              GROSS, P.C.
                            DEBORAH R. GROSS
                            Wanamaker Bldg., Suite 450
                            100 Penn Square East
                            Philadelphia, PA  19107
                            Telephone: 215/561-3600
                            215/561-3000 (fax)

                            Co-Lead Counsel for Plaintiffs

Copies to: Electronically registered counsel of record

- 1 -

759062_1